ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No.10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
           allison.schmidt@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC<br><br>Plaintiff,<br><br>vs.<br><br>MAPLEWOOD SPRINGS HOMEOWNERS ASSOCIATION; SFR INVESTMENT POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01683-JAD-CWH<br><br>**STIPULATION AND ORDER FOR COST BOND** |

Plaintiff Nationstar Mortgage, LLC and defendant SFR Investments Pool 1, LLC hereby stipulate and agree as follows:

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

{36420277;1}

1. Pursuant to NRS 18.130(1) and the request for cost bond filed by SFR Investments Pool I, LLC as DKT NO. 9, Nationstar Mortgage, LLC shall deposit with the Clerk of the Court a cost bond in the amount of $500.

DATED this 20th day of October, 2015

| **AKERMAN LLP** | **HOWARD KIM & ASSOCIATES** |
|---|---|
| */s/ Allison R. Schmidt, Esq.* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> ALLISON R. SCHMIDT, ESQ. <br> Nevada Bar No.10743 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, NV 89144 <br> *Attorneys for Plaintiff* | */s/ Diana Cline Ebron, Esq.* <br> DIANA CLINE EBRON <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ <br> Nevada Bar No. 10593 <br> 1055 Whitney Ranch Dr. #110 <br> Henderson Nevada 89014 <br> *Attorneys for Defendant SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 21, 2015

{36420277;1}