DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MAPLEWOOD SPRINGS HOMEOWNERS ASSOCIATION; SFR INVESTMENT POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants,<br>                Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No. 2:15-cv-01683-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT [ECF No. 70]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plainitiff/Counter-Defendant, NATIONSTAR MORTGAGE, LLC ("Nationstar") and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11 ("Deutsche") (or collectively known as "the Bank") and SFR Investments Pool 1, LLC ("SFR"), by and through their undersigned counsel, to extend the deadline for SFR to file a Response to the Bank's Renewed Motion for Summary Judgment [ECF No. 70], filed on August 25, 2016, from September 19, 2016 to **October 3, 2016**.

///

///

The parties are discussing a possible stipulation to stay these proceedings pending a final decision in <u>Bourne Valley</u>. Rather than engage in what may become unnecessary motion practice at the time and expense of the parties and judicial resources, this request is being made to allow time for said discussions.

This is SFR's first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this ___ day of September, 2016.            DATED this ___ day of September, 2016.

**KIM GILBERT EBRON**                              **AKERMAN, LLP**

*/s/ Jacqueline A. Gilbert*                        */s/ Darren T. Brenner*
Jacqueline A. Gilbert, Esq.                        Darren T. Brenner, Esq.
Nevada Bar No. 10593                               Nevada Bar No. 8386
7625 Dean Martin Drive, Suite 110                  Allison R. Schmidt, Esq.
Las Vegas, Nevada 89139                            Nevada Bar No. 10743
Phone: (702) 485-3300                              1160 Town Center Drive, Suite 330
Fax:    (702) 485-3301                             Las Vegas, Nevada 89144
*Attorneys for SFR Investments Pool 1, LLC*        Phone: (702) 634-5000
                                                   Fax:    (702) 380-8572
                                                   *Attorneys for Nationstar Mortgage, LLC and Deutsche Bank National Truste Company*

**ORDER**

IT IS SO ORDERED.

Dated September 16, 2016.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**KIM GILBERT EBRON**

*/s/ Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

*///*

- 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of September, 2016, pursuant to FRCP 5, I served via the CMEF electronic filing system the foregoing document entitled **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT [ECF No. 70]** (**First Request**) to the following parties:

Ariel E. Stern, Esq.
Allison R. Schmidt, Esq.
AKERMAN, LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
ariel.stern@akerman.com
allison.schmidt@akerman.com
*Attorneys for NATIONSTAR MORTGAGE, LLC and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11*

Sean L. Anderson, Esq.
sanderson@leachjohnson.com
Timothy C. Pittsenbarger, Esq.
cpittsenbarger@leachjohnson.com
Leach Johnson Song & Gruchow
8945 W. Russell Road, Ste. 330
Las Vegas, Nevada 89148
*Attorney for MAPLEWOOD SPRINGS HOMEOWNERS ASSOCIATION*

                                                                         */s/ Vanessa S. Goulet*
                                                                         An Employee of Kim Gilbert Ebron

- 3 -