DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MAPLEWOOD SPRINGS HOMEOWNERS ASSOCIATION; SFR INVESTMENT POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants,<br>               Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No. 2:15-cv-01683-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT [ECF No. 71]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff/Counter-Defendant, NATIONSTAR MORTGAGE, LLC ("Nationstar") and Cross-Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11 ("Deutsche") (or collectively known as "the Bank"), and SFR INVESTMENTS POOL 1, LLC ("SFR"), by and through their undersigned counsel, to extend the deadline for SFR to file a Reply in Support of its Renewed Motion for Summary Judgment [ECF No. 71], filed on August 25, 2016, from October 6, 2016 to **October 13, 2016**.

///

///

- 1 -

This request is made due to the volume of other deadlines falling on the same day. This is SFR's first request for an extension and is not intended to cause any delay or prejudice to any party.

This is SFR's first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 3rd day of October, 2016.   DATED this 3rd day of October, 2016.

**KIM GILBERT EBRON**   **AKERMAN, LLP**

*/s/ Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

*/s/ Ariel E. Stern*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Phone: (702) 634-5000
Fax:    (702) 380-8572
*Attorneys for Nationstar Mortgage, LLC and Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11*

**ORDER**

IT IS SO ORDERED.

Dated October 4, 2016.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**KIM GILBERT EBRON**

*/s/ Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

///

///

- 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of October, 2016, pursuant to FRCP 5, I served via the CMEF electronic filing system the foregoing document entitled **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT [ECF No. 71]** (**First Request**) to the following parties:

Ariel E. Stern, Esq.
Allison R. Schmidt, Esq.
Darren T. Brenner, Esq.
AKERMAN, LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
ariel.stern@akerman.com
darren.brenner@akerman.com
allison.schmidt@akerman.com
*Attorneys for Nationstar Mortgage, LLC and*
*Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11*

Sean L. Anderson, Esq.
sanderson@leachjohnson.com
Timothy C. Pittsenbarger, Esq.
cpittsenbarger@leachjohnson.com
Leach Johnson Song & Gruchow
8945 W. Russell Road, Ste. 330
Las Vegas, Nevada 89148
*Attorney for Maplewood Springs Homeowners Association*

                                      */s/ Vanessa S. Goulet*
                                      An Employee of Kim Gilbert Ebron

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 3 -