# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | |
| Plaintiff, | Case No. 2:15-cv-01683-JCM-CWH |
| vs. | **ORDER** |
| MAPLEWOOD SPRINGS HOMEOWNERS ASSOCIATION, et al, | |
| Defendants. | |

Presently before the court is the parties' stipulation to stay (ECF No. 92), filed on October 10, 2016. The parties request a stay of all proceedings pending the court's decision on the petition for an *en banc* rehearing in *Bourne Valley Court Trust v. Wells Fargo Bank,* 2016 WL 4254983 (9th Cir. Aug. 12, 2016). The court notes that the petition for rehearing was denied on November 4, 2016. The stipulation is therefore moot.

IT IS THEREFORE ORDERED that the parties' stipulation to stay (ECF No. 92) is DENIED as moot.

DATED: April 12, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**