DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>        Plaintiff,<br>vs.<br><br>MAPLEWOOD SPRINGS HOMEOWNERS ASSOCIATION; SFR INVESTMENT POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendants. | Case No. 2:15-cv-01683-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS COUNTER-CLAIMANT SFR INVESMENTS POOL 1, LLC'S SLANDER OF TITLE CLAIM AGAINST PLAINTIFF NATIONSTAR MORTGAGE, LLC** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>        Counter-Claimant,<br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11; THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO THE JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-E; and GHOLAM H. FARZAD, an individual,<br><br>        Counter-Defendant/Cross-Defendants. | |

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

Defendant/Counterclaimant/Cross-Claimant, SFR INVESTMENTS POOL 1, LLC ("SFR"), Plaintiff/Counter-Defendant NATIONSTAR MORTGAGE, LLC ("Nationstar"), Plaintiff/Cross-Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY ("Deutsche") and Defendant MAPLEWOOD SPRINGS HOMEOWNERS ASSOCIATION ("Maplewood"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The subject property is located at 6229 Sugartree Avenue, Las Vegas, NV 89141 and bears Assessor's Parcel No. 176-35-610-044;

2. SFR, Nationstar, Deutsche, and Maplewood hereby agree that SFR's slander of title claim against Nationstar shall be dismissed with prejudice with each party to bear its own fees and costs.

| Dated this 6th day of July, 2017. | Dated this 6th day of July, 2017. |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN, LLP** |
| */s/ Diana Cline Ebron, Esq.*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Rex D. Garner, Esq.*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>*Attorneys for Nationstar Mortgage, LLC and Deutsche Bank National Trust Company, as Trustee* |
| Dated this 6th day of July, 2017.<br><br>**LEACH JOHNSON SONG & GRUCHOW**<br><br>*/s/ T. Chase Pittsenbarger, Esq.*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>8945 W. Russell Road, Suite 330<br>Las Vegas, NV 89148<br>*Attorneys for Defendant,*<br>*Maplewood Springs Homeowners' Association* | |

///

///

**ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that SFR Investments Pool 1, LLC's slander of title claim against Nationstar Mortgage, LLC shall be dismissed with prejudice with each party to bear its own fees and costs.

DATED July 10, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

**KIM GILBERT EBRON**

*/s/ Diana Cline Ebron, Esq.*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:     (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*