# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:15-CV-1683 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| MAPLEWOOD SPRINGS HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Nationstar Mortgage LLC v. Maplewood Springs Homeowners Association et al*, case number 2:15-cv-1683-JCM-CWH.

On March 1, 2017, the court granted in part defendant SFR Investments Pool 1 LLC and defendant Maplewood Springs Homeowners Association's motions for summary judgment (ECF No. 98), thereby quieting title to the subject property in favor of defendant SFR. Thereafter, the parties stipulated to dismiss SFR's slander of title claim against plaintiff. (ECF No. 104); *see* (ECF No. 107). The court instructs SFR to file a proposed judgment consistent with the foregoing.

Accordingly,

IT IS HEREBY ORDERED that defendant SFR shall submit a proposed judgment to the court within thirty (30) days of the date of this order.

DATED May 2, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**