MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Nationstar Mortgage LLC and Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>MAPLEWOOD SPRINGS HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01683-JCM-CWH<br><br>**ORDER TO RELEASE BOND** |

56749753;1

|   |   |
|---|---|
| 1 | SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, |
| 2 | |
| 3 | Counter-Claimant, vs. |
| 4 | NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11; THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO THE JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-E; and GHOLAM H. FARZAD, an individual, |
| | Counter-Defendant/Cross-Defendants. |

Defendant SFR Investments Pool 1, LLC demanded plaintiff Nationstar Mortgage LLC post a cost bond pursuant to NRS 18.130(1) [ECF No. 9]. This court thereafter ordered Nationstar to post a $500 bond [ECF No. 15]. A $500 cash deposit was subsequently made by Akerman LLP on behalf of Nationstar [ECF No. 16]. The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff . . ." NRS 18.130(1).

On June 5, 2018, the court entered a judgment [ECF No. 112]. Nationstar and Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11 timely filed a notice of appeal on June 19, 2018 [ECF No. 113].

…

…

…

…

…

…

56749753;1

The parties stipulated to a voluntarily dismissal of this appeal on February 18, 2021. On February 19, 2021, the United States Court of Appeals for the Ninth Circuit issued a mandate dismissing the appeal [ECF No. 121], closing this case. As this matter is now concluded, the court will refund to Akerman LLP, on behalf of Nationstar, the $500.00 security bond, plus interest.

**IT IS SO ORDERED.**

Dated: March 8, 2021.

_____
UNITED STATES DISTRICT JUDGE
Case No.  2:15-cv-01683-JCM-CWH

*Submitted by:*

**AKERMAN LLP**

*/s/ Melanie D. Morgan*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage LLC and Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11*

56749753;1